STATE OF NEW JERSEY v. ANTHONY DECARO.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. SEAN SIMPSON.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE HENRY BROWN.

May 20, 1986.

Petition for certification denied.

ANNA K. TOROSIAN v. EDWARD V. VETTER.

May 20, 1986.

Petition for certification denied.